```
               IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF OREGON

JOSE ACOSTA-ACOSTA,                                CV. 05-1722-KI

           Petitioner,                                      ORDER
     v.

GUY HALL,

           Respondent.

KING, Judge

     Petitioner's motion to voluntarily dismiss (#11) is GRANTED.
This proceeding is DISMISSED, without prejudice.

     IT IS SO ORDERED.

     DATED this    13th    day of June, 2006.


                                     /s/ Garr M. King
                                    Garr M. King
                                    United States District Judge
```

1 -- ORDER